**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

**KRISTINA TURINA, individually and**
**on behalf of a class of others similarly**
**situated,**

                 **Plaintiffs,**

**vs.**

**SPRINT CORPORATION, a Kansas**
**Corporation & SPRINT/UNITED**
**MANAGEMENT COMPANY, a**
**Kansas Corporation,**

                **Defendants.**

_____/

**CASE NO.:  2:20-CV-02018-KHV-TJJ**

**CLASS ACTION REPRESENTATION**

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Kristina Turina ("Plaintiff"), acting individually and on behalf of the Settlement

Class, respectfully requests that this Court grant final approval of the Settlement and Release

Agreement ("Settlement Agreement") [previously filed as D.E. 39] reached by the Parties to this

action, including payment of reasonable attorneys' fees and costs. Plaintiff respectfully requests

the Court issue an Order:

1) Certifying the Settlement Class for settlement purposes only;

2) Granting final approval of the Settlement Agreement;

3) Approving distribution of the Net Settlement Fund, as defined in the Settlement

    Agreement, to the Plaintiff and Settlement Class Members;

4) Approving Class Representative Service Award in the amount of $5,000.00 to

    Kristina Turina;

1

5)  Approving payment of the Settlement Administration Expenses, 50% of which will

    be paid from the Maximum Gross Settlement Amount and 50% from Class Counsel's

    Fee award, up to $3,000.00;

6)  Approving attorneys' fees to Class Counsel in the amount of $100,000.00, which is

    equivalent to 1/3 (33.3%) of the Maximum Gross Settlement Amount, and litigation

    costs of $2,623.75; and

7)  Entering a judgment dismissing this case with prejudice in accordance with the terms

    of the Settlement Agreement.

As discussed in the accompanying memorandum in support, the Settlement Agreement is

fair and reasonable and should be approved by the Court.[1]

Dated this 11th day of February, 2022.

WILKES & ASSOCIATES

**/s/ Ruben J. Krisztal**
Ruben J. Krisztal, Esq.
Kansas Bar No 09628
Wilkes & Associates, P.A.
1601 Cherry St., Suite 1300
Philadelphia, PA
Telephone: 215-972-0580
Email: rkrisztal@yourcasematters.com

MORGAN & MORGAN, P.A.

**/s/ Jolie N. Pavlos**
Jolie N. Pavlos, Esq. *(Admitted Pro Hac Vice)*
Florida Bar. No 0125571
**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esq. *(Admitted Pro Hac Vice)*
Florida Bar. No 15527
Morgan & Morgan, P.A.

---

[1] Plaintiff is filing a separate Motion to Approve Award of Attorneys' Fees, Expenses, and Class Representative Service Award contemporaneously with the filing of this Motion. The fairness and reasonableness of those awards will be discussed therein.

20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
E-mail: JPavlos@forthepeople.com
RMorgan@forthepeople.com

**_Attorneys for Plaintiff and the Class_**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all counsel of record, this 11th day of February, 2022.

**/s/ RUBEN J. KRISZTAL, ESQ.**
Ruben J. Krisztal, Esq.