## CLERK'S COURTROOM MINUTE SHEET – CIVIL

KRISTINA TURINA
*Individually and on behalf of a class*
*Of others similarly situated*,

                Plaintiff,

        v.                            Case No:   20-2018-KHV

SPRINT CORPORATION and
SPRINT/UNITED MANAGEMENT CO.,

                Defendants.

| **Appearing for Plaintiff(s):** | **Appearing for Defendant(s):** |
|---|---|
| Ruben Krisztal and Jolie Pavlos | Curtis Summers and Robert Rojas |

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 2/25/2022 |
|---|---|---|---|
| **CLERK:** | Andrea Schreyer | **TAPE/REPORTER:** | Dani Murray |

### MOTION HEARING

The parties appear by counsel.

<u>Plaintiff's Unopposed Motion For Final Approval Of Class Action Settlement Agreement</u> (Doc. #43) filed February 11, 2022 is **sustained** for reasons stated on the record.

<u>Plaintiff's Unopposed Motion To Approve Award Of Attorneys' Fees, Expenses, And Class Representative Service Award</u> (Doc. #45) is **sustained** for reasons stated on the record.

The Court dismisses the case with prejudice under the terms of the settlement agreement.